| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF ARKANSAS |
| Case number *(if known)* _____   Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Mississippi Minerals, Inc.** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | FKA  Reed Shriram Minerals, Inc.<br>FKA  Tiger American Minerals, Inc. |
| 3. | Debtor's federal Employer Identification Number (EIN) | 68-0677124 |
| 4. | Debtor's address | **Principal place of business**<br><br>**1100 South Pine Street**<br>**Hartford, AR 72938**<br>Number, Street, City, State & ZIP Code<br><br>**Sebastian**<br>County | **Mailing address, if different from principal place of business**<br><br>**P. O. Box 339**<br>**Hartford, AR 72938**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Mississippi Minerals, Inc.** Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **5611**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **Mississippi Minerals, Inc.**     Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

     ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

     ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Mississippi Minerals, Inc.**　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**November 15, 2017**
　　　　　　　MM / DD / YYYY

X **/s/ Krishna Santhanam**　　　　　　　　　**Krishna Santhanam**
　Signature of authorized representative of debtor　　Printed name

Title　**President**

**18. Signature of attorney**

X **/s/ Geoffrey B. Treece**　　　　　　　　　Date **November 15, 2017**
　Signature of attorney for debtor　　　　　　　　MM / DD / YYYY

**Geoffrey B. Treece 84146**
Printed name

**Quattlebaum, Grooms & Tull, PLLC**
Firm name

**111 Center Street**
**Suite 1900**
**Little Rock, AR 72201**
Number, Street, City, State & ZIP Code

Contact phone **501-379-1700**　　Email address **gtreece@qgtlaw.com**

**84146**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Mississippi Minerals, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF ARKANSAS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| C. C. Kelly Trucking, Inc.<br>P. O. Box 125<br>Hodgen, OK 74939 | | Trade debt | | | | $5,314.25 |
| Cardno MM&A<br>14142 Denver West Parkway<br>Suite 280<br>Golden, CO 80401 | | Trade debt | | | | $21,437.20 |
| Carl Howze Trucking, Inc.<br>24299 Monks Drive<br>Bokoshe, OK 74930 | | Trade debt | | | | $1,749.49 |
| CCH, a Wolters Kluwer business<br>Billing Dept.<br>20101 Hamilton Ave.<br>Suite 200<br>Torrance, CA 90502 | | Trade debt | | | | $3,156.63 |
| Export-Import Bank of India<br>Center 1 Bldg, Floor 21<br>World Trade Center<br>Cuffe Parade,<br>Mumbai 400 005<br>INDIA | | Loan | | $10,000,000.00 | Unknown | Unknown |
| J. Pauley Toyota<br>6200 S. 36th Street<br>Fort Smith, AR 72908 | | Trade debt | | | | $3,774.00 |
| Jason & Kim Howze Trucking<br>40005 S 4502 Drive<br>Stigler, OK 74462 | | Trade debt | | | | $369.13 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Debtor  **Mississippi Minerals, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **JRT Trucking, Inc.**<br>**110 East Folsom Blvd.**<br>**Pocola, OK 74902** | | Trade debt | | | | $10,972.33 |
| **Miller Canfield Paddock & Ston**<br>**101 North Main Street**<br>**7th Floor**<br>**Ann Arbor, MI 48104** | | Trade debt | | | | $26,002.67 |
| **Phelps Construction Co., Inc.**<br>**P. O. Box 61**<br>**Midland, AR 72945** | | Labor and Materials | | | | $264,402.66 |
| **Powerscreen Texas, Inc.**<br>**2015 West State Hwy. 71**<br>**P.O. Box 658**<br>**La Grange, TX 78945** | | Trade debt | | | | $19,000.00 |
| **Punjab National Bank**<br>**01, Moorgate**<br>**London, EC2R 6JH**<br>**ENGLAND** | | Loan | | $11,070,000.00 | Unknown | Unknown |
| **Taggart Global LLC Taggart Operations (USA) LLC**<br>**4000 Towne Center Blvd.**<br>**Suite 200**<br>**Canonsburg, PA 15317** | | Trade debt | | | | $8,700.00 |
| **Volvo Financial Services**<br>**7025 Albert Pick Road**<br>**Suite 105**<br>**Greensboro, NC 27409** | | Guaranty | Contingent | | | $126,000.00 |

# United States Bankruptcy Court
## Western District of Arkansas

In re **Mississippi Minerals, Inc.**     Case No. 
                                        Debtor(s)       Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 15, 2017**         **/s/ Krishna Santhanam**
                                               **Krishna Santhanam**/**President**
                                               Signer/Title

Blue Ridge Mining  
1100 South Pine Street  
P. O. Box 339  
Hartford, AR 72938


C. C. Kelly Trucking, Inc.  
P. O. Box 125  
Hodgen, OK 74939


Cardno MM&A  
14142 Denver West Parkway  
Suite 280  
Golden, CO 80401


Carl Howze Trucking, Inc.  
24299 Monks Drive  
Bokoshe, OK 74930


CCH, a Wolters Kluwer business  
Billing Dept.  
20101 Hamilton Ave.  
Suite 200  
Torrance, CA 90502


Export-Import Bank of India  
Center 1 Bldg, Floor 21  
World Trade Center  
Cuffe Parade, Mumbai 400 005  
INDIA


Haldia Coke & Chemicals  
Mookambika Complex - 6th Floor  
No. 4, Lady Desika Road  
Mylapore, Chennai  600-004  
INDIA


J. Pauley Toyota  
6200 S. 36th Street  
Fort Smith, AR 72908


Jason & Kim Howze Trucking  
40005 S 4502 Drive  
Stigler, OK 74462

```
JRT Trucking, Inc.
110 East Folsom Blvd.
Pocola, OK 74902


L. Cody Hayes
700 South 21st Street
Fort Smith, AR 72901


Miller Canfield Paddock & Ston
101 North Main Street
7th Floor
Ann Arbor, MI 48104


Orient Green Power
4th Fl, Sigappi Achi Bldg 18/3
Rukmini Lakshmipathi Salai
Chennai, Tamil Nadu 600 008
INDIA


Phelps Construction Co., Inc.
P. O. Box 61
Midland, AR 72945


Powerscreen Texas, Inc.
2015 West State Hwy. 71
P.O. Box 658
La Grange, TX 78945


Punjab National Bank
01, Moorgate
London, EC2R 6JH
ENGLAND


Sebastian Mining
P.O. Box 339
Hartford, AR 72938


Shriram EPC
4th Fl, Sigappi Achi Bldg 18/3
Rukmini Lakshmipathi Salai
Chennai, Tamil Nadu 600 008
INDIA
```

```
Taggart Global LLC
Taggart Operations (USA) LLC
4000 Towne Center Blvd.
Suite 200
Canonsburg, PA 15317


Volvo Financial Services
7025 Albert Pick Road
Suite 105
Greensboro, NC 27409
```

# United States Bankruptcy Court
## Western District of Arkansas

In re: **Mississippi Minerals, Inc.**　　　Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Mississippi Minerals, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Haldia Coke & Chemicals**
**Mookambika Complex - 6th Floor**
**No. 4, Lady Desika Road**
**Mylapore, Chennai  600-004**
**INDIA**

☐ None [*Check if applicable*]

| | |
|---|---|
| **November 15, 2017** | **/s/ Geoffrey B. Treece** |
| Date | **Geoffrey B. Treece 84146** |
| | Signature of Attorney or Litigant |
| | Counsel for **Mississippi Minerals, Inc.** |
| | **Quattlebaum, Grooms & Tull, PLLC** |
| | **111 Center Street** |
| | **Suite 1900** |
| | **Little Rock, AR 72201** |
| | **501-379-1700 Fax:501-379-1701** |
| | **gtreece@qgtlaw.com** |