IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| IN RE: | MISSISSIPPI MINERALS, INC.<br>DEBTOR-IN-POSSESSION | CASE NO.: 2:17-bk-72861<br>CHAPTER 11 |
| IN RE: | SEBASTIAN MINING, LLC<br>DEBTOR-IN-POSSESSION | CASE NO.: 2:17-bk-72862<br>CHAPTER 11 |
| IN RE: | SEBASTIAN MANAGEMENT, LLC<br>DEBTOR-IN-POSSESSION | CASE NO.: 2:17-bk-72863<br>CHAPTER 11 |
| IN RE: | SEBASTIAN LEASING, LLC<br>DEBTOR-IN-POSSESSION | CASE NO.: 2:17-bk-72864<br>CHAPTER 11 |

**MOTION OF DEBTORS-IN-POSSESSION FOR ORDER
AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Come now the debtors-in-possession, Mississippi Minerals, Inc., Sebastian Leasing, LLC, Sebastian Management, LLC, and Sebastian Mining, LLC (collectively, the "Debtors"), and hereby move the Court for entry of an order authorizing joint administration of their respective Chapter 11 cases pursuant to Federal Rule of Bankruptcy Procedure 1015(b). In support of this motion, the Debtors respectfully state as follows:

1. This Court has jurisdiction over the subject matter hereof and the parties hereto pursuant to 28 U.S.C. §§ 1334 and 157(b). The Debtors consent to the entry of a final order by the Court in connection with this motion. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. On November 15, 2017, the Debtors filed their voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code.

3. Pursuant to 11 U.S.C. §§ 1107(a) and 1108, the Debtors continue to manage their business and financial affairs, as well as their assets, as debtors-in-possession.

4. The Debtors request the joint administration of their Chapter 11 cases for procedural purposes only pursuant to Federal Rule of Bankruptcy Procedure 1015(b), as well as 11 U.S.C. § 105(a).

5. Federal Rule of Bankruptcy 1015(b) provides, in pertinent part:

If a joint petition or two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates.

6. Section 105(a) of the United States Bankruptcy Code provides that "the court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."

7. The Debtors are all affiliates, as defined by 11 U.S.C. § 101(2), because Sebastian Management, LLC and Sebastian Mining, LLC, are entities wholly owned by Mississippi Minerals, Inc. and Sebastian Leasing, LLC is wholly owned by Sebastian Mining, LLC.

8. The issues that will be addressed in each of the Debtors' bankruptcy cases will be related and overlap to an extent, and joint administration of the cases will eliminate the need for duplicative notices, motions, applications, hearings, and orders, which will save considerable time and expense for the Debtors, their estates, and their creditors. Moreover, this Court will be relieved of the burden of entering duplicative orders and maintaining duplicative files.

9. Additionally, the rights of the respective creditors of each of the Debtors will not be adversely affected by joint administration of the Debtors' cases because the relief sought is only procedural and is in no way intended to affect substantive rights. Each creditor and party in interest will maintain its rights against the particular estate in which it allegedly has a claim or right.

10. Further, joint administration will protect parties in interest by ensuring that parties in interest in each of the Debtors' respective cases will be notified of the various matters before

2

the Court in these cases because the Clerk of the Court will be permitted to use a single docket for all of the Debtors' cases and combine notices sent to all of the parties in interest of the Debtors' respective estates.

11. Based on the foregoing, the Debtors request that the official caption to be used by all parties in all pleadings and other filings in the jointly administered cases be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**IN RE:** **MISSISSIPPI MINERALS, INC., et al.,[1]**   **CASE NO.: 2:17-bk-72861**
   **DEBTORS-IN-POSSESSION**   **CHAPTER 11**

   **JOINTLY ADMINISTERED**

12. The Debtors also request that the Court direct that a notation substantially similar to the following notation be entered on the docket of the Debtors' cases to reflect the joint administration of the Debtors' cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of MISSISSIPPI MINERALS, INC. (Case No. 2:17-bk-72861), SEBASTIAN LEASING, LLC (Case No. 2:17-bk-72864), SEBASTIAN MANAGEMENT, LLC (Case No. 2:17-bk-72863), and SEBASTIAN MINING, LLC (Case No. 2:17-bk-72862) and the docket in Case No. 2:17-bk-72861 (MISSISSIPPI MINERALS, INC.) should be consulted for all matters affecting these jointly administered cases.

WHEREFORE, Mississippi Minerals, Inc., Sebastian Leasing, LLC, Sebastian Management, LLC, and Sebastian Mining, LLC respectfully request that the Court grant the motion, direct the joint administration of the debtors' respective Chapter 11 cases, and grant all other just and proper relief to which the debtors are entitled.

---

1. The Debtors, along with the last four digits of each Debtor's tax identification number, are: Mississippi Minerals, Inc. (7124); Sebastian Leasing, LLC (2809); Sebastian Management, LLC (8162); and Sebastian Mining, LLC (2436). The Debtors' business address is Sebastian County Mine, 1100 South Pine Street, Hartford, Arkansas 72938.

3

Respectfully submitted,

QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
Email: gtreece@qgtlaw.com
   mthalheimer@qgtlaw.com

By: /s/ Geoffrey B. Treece
  Geoffrey B. Treece (84146)
  Mary-Tipton Thalheimer (2011268)

## CERTIFICATE OF SERVICE

 I do hereby certify that a true and correct copy of the foregoing document was served on the United States Trustee, all parties of record, and all known creditors of the Debtors *via* CM/ECF electronic notification and/or U.S. Mail this 16th day of November, 2017.

/s/ Geoffrey B. Treece
Geoffrey B. Treece