## United States Trustee Program - Chapter 11
## Monthly Operating Report
## Region 13 - [District] District of [State]

**Case Name:**  Mississippi Minerals, Inc.

**Case Number:**  2:17-bk-72861

**Reporting MM/DD/YY:**  October 31, 2018

**Date Bankruptcy Filed:**  11/15/2017

**E-MAIL THIS UST MOR FORM BY THE 21ST OF THE FOLLOWING MONTH TO:**  Robert.S.Baber@usdoj.gov
THE FILE NAME SHOULD INCLUDE:  [MOR][CASE NUMBER][MONTH][YEAR] (e.g., MOR-06-12345-01-2007.pdf  or .xls)

**E-MAIL BANK STATEMENTS SEPARATELY BY THE 21ST OF THE FOLLOWING MONTH TO:**  Robert.S.Baber@usdoj.gov
THE FILE NAME SHOULD INCLUDE:  [BANK][CASE NUMBER][MONTH][YEAR] (e.g., BANK-06-12345-01-2007.pdf )

Monthly Chapter 11 **Statement of Household Activity** - used by all individuals to report personal/household activity.

Monthly Chapter 11 **Business** Operating Report - used to report ALL business activity.

United States Code
Title 18 Crimes and Criminal Procedures
18 U.S.C. SEC. 1001

Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements of representations, or makes or uses any false writing or document knowing the same to contain any false fictitious or fraudulent statement or entry, shall be fined not more than $250,000 or imprisoned no more than five (5) years, or both.

I certify under penalty of perjury that the operating report for above stated month and year is true and correct.

**Date Submitted:**  12/18/2018

**Signed:**

**Title:**  President

**Printed Name:**  Krishna Santhanam

| Mississippi Minerals, Inc. | BALANCE SHEET (Assets) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2:17-bk-72861 | FILING DATE | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING |
| October 31, 2018 | | | | | | | | |
| 11/15/2017 | [CASE FILE DATE] | 10/31/18 | [MONTH2] | [MONTH3] | [MONTH4] | [MONTH5] | [MONTH6] | [MONTH7] |
| **CURRENT ASSETS** | | | | | | | | |
| Cash (business accounts) | - | 360.99 | - | - | - | - | - | - |
| Cash (household accounts) | - | - | - | - | - | - | - | - |
| Accounts Receivable (Sch A) | - | (4,779,064.53) | - | - | - | - | - | - |
| Other Current Assests: | | | | | | | | |
| Prepaid Exp.-Finance fees | | 196,876.61 | | | | | | |
| Prepaid Exp.-Insurance | | 1,861.00 | | | | | | |
| Prepaid Exp.-Others | | 25,600.00 | | | | | | |
| Inventory Assests | - | 2,739.60 | - | - | - | - | - | - |
| IT Refund Receivable | | 5,000.00 | | | | | | |
| Intercompany Recibalbes: | | | | | | | | |
| Int.company Receivable-Sebastian Mining | | 16,452,573.74 | | | | | | |
| Int.company Receivable-Sebastian Leasing | | 2,110,819.68 | | | | | | |
| Int.company receivable-Blue Ridge Mining | | 786,722.02 | | | | | | |
| Int.company Receivable-Iaeger Minerals | | 7,374,740.98 | | | | | | |
| Int.company Receivable-Sebastian Management | | 19,367,670.13 | | | | | | |
| Int.company Receivable-Others | | 10,500.00 | | | | | | |
| | | | | | | | | |
| Prepaid Expenses/Deposits | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - |
| **TOTAL CURRENT ASSETS** | - | 41,556,400.22 | - | - | - | - | - | - |
| | | | | | | | | |
| **FIXED ASSETS** | | | | | | | | |
| Cost (Sch B) | - | 16,862.96 | - | - | - | - | - | - |
| Accumulated Depreciation | - | 5,743.07 | - | - | - | - | - | - |
| **NET BOOK VALUE** | - | 11,119.89 | - | - | - | - | - | - |
| | | | | | | | | |
| **OTHER ASSETS-DSRA & Investment in Subsidiar** | - | 7,852,577.25 | - | - | - | - | - | - |
| | | | | | | | | |
| **TOTAL ASSETS** | - | 49,420,097.36 | - | - | - | - | - | - |

| Mississippi Minerals, Inc. 2:17-bk-72861 October 31, 2018 11/15/2017 | BALANCE SHEET (Liabilities & Equity) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | FILING DATE [CASE FILE DATE] | MONTH ENDING 10/31/18 | MONTH ENDING [MONTH2] | MONTH ENDING [MONTH3] | MONTH ENDING [MONTH4] | MONTH ENDING [MONTH5] | MONTH ENDING [MONTH6] | MONTH ENDING [MONTH7] |
| **LIABILITIES** | | | | | | | | |
| Post Petition Debt (Sch C) | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| Accounts Payable | - | 1,657,531.96 | - | - | - | - | - | - |
| Payroll tax payable | | 442.69 | | | | | | |
| Intercomapny Payabel: | | | | | | | | |
| Blue Ridge Mining | | 747,912.18 | | | | | | |
| Halida coke & chemicals | | 48,819,775.70 | | | | | | |
| Orient Green power Ltd | | 900,000.00 | | | | | | |
| Shriram EPCS P ltd | | 60,000.00 | | | | | | |
| Radiant star properties llc | | 249,842.00 | | | | | | |
| Sebastian Mining llc | | 5,250.00 | | | | | | |
| Acured Liabilities: | | | | | | | | |
| Expenses | | (6,764.02) | | | | | | |
| Interest | | 841,488.75 | | | | | | |
| Long Term Liabilities-Note Payable: | | | | | | | | |
| Punjab National Bank#5 | | 5,000,000.00 | | | | | | |
| Punjab National Bank#6 | | 6,070,000.00 | | | | | | |
| Export-Imbort Bank#1 | | 5,000,000.00 | | | | | | |
| Export-Imbort Bank#2 | | 5,000,000.00 | | | | | | |
| Deferred Income Tax Liability: | | | | | | | | |
| Deferred Federal Income Tax | | 7,868,793.97 | | | | | | |
| Deferred State Income Tax | | 1,435,038.00 | | | | | | |
| Unsecured Priority | - | - | - | - | - | - | - | - |
| Unsecured Non-Priority | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - |
| **TOTAL LIABILITIES** | - | 83,649,311.23 | - | - | - | - | - | - |
| | | | | | | | | |
| **EQUITY** | | | | | | | | |
| Preferred  & Common Stock | - | 10.00 | - | - | - | - | - | - |
| Add'l Paid-In-Capital/Owner draws | - | 3,299,990.00 | - | - | - | - | - | - |
| Retained Earnings/Net Assets | | | | | | | | |
| - through filing date | - | - | - | - | - | - | - | - |
| - post filing date | - | (37,408,554.46) | - | - | - | - | - | - |
| Individual Debtor Capital (Sole Proprietor) | | | | | | | | |
| - through filing date (household net worth) | - | - | - | - | - | - | - | - |
| - post filing date (change in household cash) | | | | | | | | |
| Net Income | | (120,659.41) | - | - | - | - | - | - |
| **TOTAL EQUITY** | - | (34,229,213.87) | - | - | - | - | - | - |
| | | | | | | | | |
| **TOTAL LIABILITIES & EQUITY** | - | 49,420,097.36 | - | - | - | - | - | - |

| Mississippi Minerals, Inc. 2:17-bk-72861 October 31, 2018 11/15/2017 | INCOME (LOSS) STATEMENT | | | | | | |
|---|---|---|---|---|---|---|---|
| | FILING DATE thru MONTH END 10/31/18 | MONTH ENDING [MONTH2] | MONTH ENDING [MONTH3] | MONTH ENDING [MONTH4] | MONTH ENDING [MONTH5] | MONTH ENDING [MONTH6] | MONTH ENDING [MONTH7] |
| **GROSS SALES / Income** | 29,000.00 | - | - | - | - | - | - |
| **Funds Transfer from BRM** | 19,000.00 | | | | | | |
| **Funds Transfer from FNB** | 10,000.00 | | | | | | |
| **AES** | | | | | | | |
| **Funds From Parent Company** | | | | | | | |
| **Funds Transfer Regions-MMI** | | | | | | | |
| **CD Interest / ADP / Other Deposit** | | | | | | | |
| | | | | | | | |
| **COST OF GOODS SOLD** | | | | | | | |
| Materials | - | - | - | - | - | - | - |
| Direct Labor | - | - | - | - | - | - | - |
| Manufacturing Overhead | - | - | - | - | - | - | - |
| Total Cost of Goods Sold | - | - | - | - | - | - | - |
| | | | | | | | |
| **GROSS PROFIT** | 29,000.00 | - | - | - | - | - | - |
| | | | | | | | |
| **OPERATING EXPENSES** | | | | | | | |
| Sales & Marketing | - | - | - | - | - | - | - |
| Executive & Mgmt Salaries | 21,565.26 | | | | - | - | - |
| Office & Other Salaries | - | | | | - | - | - |
| Fringe Benefits (pr taxes) | - | | | | - | - | - |
| Rent | - | | | | - | - | - |
| Travel & Entertainment | - | | | | - | - | - |
| Attorney Fees | | | | | - | - | - |
| Insurance | 142.58 | | | | - | - | - |
| Bank Fee | 321.89 | | | | | | |
| Other Professional / ADP Fee | 86.96 | | | | - | - | - |
| Dues & Subscriptions | | | | | - | - | - |
| Telecommunications | | | | | - | - | - |
| Funds Transfer to FNB | | | | | | | |
| Funds Transfer to BRM | | | | | | | |
| Funds Transfer to Regions-MMI | | | | | | | |
| Funds Transfer Debtor A/c | | | | | | | |
| Arkansas Valley Electric | | | | | | | |
| Contract / Security | 7,288.00 | | | | | | |
| Brixey Engg. & Land Surveying | | | | | | | |
| Data Testing | | | | | | | |
| Mine Rescue - Taxoma | | | | | | | |
| Materials / ADEQ | | | | | | | |
| Water Tech | | | | | | | |
| Wilkem | | | | | | | |
| SSK Capital / Independent Investment | | | | | | | |
| Asarco | | | | | | | |
| Credit card | | | | | | | |
| Buchanan Pump Service | | | | | | | |
| Court fee | | | | | | | |
| Consulting | | | | | | | |
| Office Supplies | - | - | - | - | - | - | - |
| Other *(complete subsequent tab)* | - | - | - | - | - | - | - |
| **TOTAL OPERATING EXPENSES** | 29,404.69 | - | - | - | - | - | - |
| | | | | | | | |
| **OPERATING INCOME (LOSS)** | (404.69) | - | - | - | - | - | - |
| | | | | | | | |
| **OTHER EXPENSES** | | | | | | | |
| USTP Quarterly Fees | - | - | - | - | - | - | - |
| Depreciation & Amortization | - | - | - | - | - | - | - |
| Income Taxes | - | - | - | - | - | - | - |
| Interest (net) | - | - | - | - | - | - | - |
| **TOTAL OTHER EXPENSES** | - | - | - | - | - | - | - |
| | | | | | | | |
| **OTHER INCOME** | - | - | - | - | - | - | - |
| | | | | | | | |
| **NET INCOME (LOSS)** | (404.69) | - | - | - | - | - | - |

**August'18**

**FN-MMI**

| | | |
|---|---|---|
| 9/7/2018 | Funds transfer from BRM | 2000.00 |
| 9/17/2018 | Funds transfer from BRM | 15000.00 |
| 9/20/2018 | Funds transfer MMI DIP | 500.00 |
| 9/20/2018 | Funds transfer from BRM | 2000.00 |
| 9/26/2018 | Funds transfer from BRM | 9000.00 |

**Regions-MMI**

28500.00

**FN-MMI**

| | | |
|---|---|---|
| 9/7/2018 | Lisa Lanman | 275.60 |
| 9/7/2018 | Danny Bell Sr. | 1730.76 |
| 9/7/2018 | Adp payroll fee | 86.96 |
| 9/11/2018 | Standard Ins. | 142.58 |
| 9/17/2018 | ADP Payroll - MMI | 15513.31 |
| 9/20/2018 | Danny Bell Sr. | 1730.76 |
| 9/26/2018 | ADP Payroll - MMI | 7045.00 |

**Regions-MMI**

| | | |
|---|---|---|
| 9/7/2018 | ADP payroll fee | 76.36 |
| 9/14/2018 | ADP payroll fee | 35.00 |
| 9/28/2018 | ADP payroll fee | 117.36 |

26753.69

**August'18**

**Debtor in Possession A/c.**

| Mississippi Minerals, Inc. | OTHER EXPENSES | | | | | | |
|---|---|---|---|---|---|---|---|
| 2:17-bk-72861 | FILING DATE thru MONTH END | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING |
| October 31, 2018 | | | | | | | |
| 11/15/2017 | 10/31/18 | [MONTH2] | [MONTH3] | [MONTH4] | [MONTH5] | [MONTH6] | [MONTH7] |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| TOTAL OTHER EXPENSES | - | - | - | - | - | - | - |

| Mississippi Minerals, Inc. | CASH FLOW STATEMENT | | | | | | |
|---|---|---|---|---|---|---|---|
| 2:17-bk-72861 | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING |
| October 31, 2018 | | | | | | | |
| 11/15/2017 | 10/31/18 | [MONTH2] | [MONTH3] | [MONTH4] | [MONTH5] | [MONTH6] | [MONTH7] |
| Current Month Cash (business accounts) | - | - | - | - | - | - | - |
| Prior Month Cash (business accounts) | - | - | - | - | - | - | - |
| **NET CASH INCREASE (DECREASE)** | - | - | - | - | - | - | - |
| | | | | | | | |
| **SOURCES (USES) OF CASH** | | | | | | | |
| Net Income (Loss) | - | - | - | - | - | - | - |
| Add: Non-cash (dep & amort) | - | - | - | - | - | - | - |
| Cash Generated from Operations | - | - | - | - | - | - | - |
| | | | | | | | |
| ADD: (enter as positive) | | | | | | | |
| *Decrease in Assets* | | | | | | | |
| Accounts Receivable | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - |
| Prepaid Expenses | - | - | - | - | - | - | - |
| Other Current Assets | - | - | - | - | - | - | - |
| Fixed Assets | - | - | - | - | - | - | - |
| Other Assets | - | - | - | - | - | - | - |
| *Increase in Liabilities* | | | | | | | |
| Post Petition Debt | - | - | - | - | - | - | - |
| Pre Petition Debt | - | - | - | - | - | - | - |
| | | | | | | | |
| SUBTRACT: (enter as negative) | | | | | | | |
| *Increase in Assets* | | | | | | | |
| Accounts Receivable | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - |
| Prepaid Expenses | - | - | - | - | - | - | - |
| Other Current Assets | - | - | - | - | - | - | - |
| Fixed Assets | - | - | - | - | - | - | - |
| Other Assets | - | - | - | - | - | - | - |
| *Decrease in Liabilities* | | | | | | | |
| Post Petition Debt | - | - | - | - | - | - | - |
| Pre Petition Debt | - | - | - | - | - | - | - |
| | | | | | | | |
| **TOTAL SOURCES (USES) OF CASH** | - | - | - | - | - | - | - |
| | | | | | | | |
| **NET CASH INCREASE (DECREASE)** | - | - | - | - | - | - | - |

| Mississippi Minerals, Inc. | | Schedule of A/R AGING | | | | | |
|---|---|---|---|---|---|---|---|
| 2:17-bk-72861<br>October 31, 2018<br>11/15/2017 | | TOTAL<br>ACCOUNTS<br>RECEIVABLE | 0 - 30<br>DAYS | 31 - 60<br>DAYS | 61 - 90<br>DAYS | 91 - 120<br>DAYS | OVER 120<br>DAYS |
| Filing    Date | [CASE FILE DATE] | | | | | | |
| % of Total | | | | | | | |
| Month Ending | October-18 | (4,779,064.53) | | | | | |
| % of Total | | 100% | | | | | |
| Month Ending | [MONTH2] | | | | | | |
| % of Total | | | | | | | |
| Month Ending | [MONTH3] | | | | | | |
| % of Total | | | | | | | |
| Month Ending | [MONTH4] | | | | | | |
| % of Total | | | | | | | |
| Month Ending | [MONTH3] | | | | | | |
| % of Total | | | | | | | |
| Month Ending | [MONTH6] | | | | | | |
| % of Total | | | | | | | |

| Mississippi Minerals, Inc. | Schedule of FIXED ASSETS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2:17-bk-72861 | FILING DATE | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING |
| October 31, 2018 | | | | | | | | |
| 11/15/2017 | [CASE FILE DATE] | 10/31/18 | [MONTH2] | [MONTH3] | [MONTH4] | [MONTH5] | [MONTH6] | [MONTH7] |
| Building | - | - | - | - | - | - | - | - |
| Land | - | - | - | - | - | - | - | - |
| Improvements | - | - | - | - | - | - | - | - |
| Office Furniture & Equipment | - | 5,088.96 | - | - | - | - | - | - |
| Shop Machinery & Equipment | - | - | - | - | - | - | - | - |
| PC/Lan/Mainframe | - | - | - | - | - | - | - | - |
| Automobile | - | - | - | - | - | - | - | - |
| Boat/Airplane | - | - | - | - | - | - | - | - |
| Intangibles | - | - | - | - | - | - | - | - |
| Mobile Equipment | - | 11,774.00 | - | - | - | - | - | - |
| Other _____ | - | - | - | - | - | - | - | - |
| Other _____ | - | - | - | - | - | - | - | - |
| Other _____ | - | - | - | - | - | - | - | - |
| Other _____ | - | - | - | - | - | - | - | - |
| TOTAL | - | 16,862.96 | - | - | - | - | - | - |

| Mississippi Minerals, Inc.<br>2:17-bk-72861<br>October 31, 2018<br>11/15/2017 | Schedule of POST PETITION DEBT | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | FILING DATE | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING |
| | [CASE FILE DATE] | 10/31/18 | [MONTH2] | [MONTH3] | [MONTH4] | [MONTH5] | [MONTH6] | [MONTH7] |
| **TRADE ACCOUNTS PAYABLE** | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| **TAXES PAYABLE** | | | | | | | | |
| Federal payroll taxes | - | - | - | - | - | - | - | - |
| State payroll taxes | - | - | - | - | - | - | - | - |
| Local payroll taxes | - | - | - | - | - | - | - | - |
| State sales taxes | - | - | - | - | - | - | - | - |
| Real taxes/personal prop. taxes | - | - | - | - | - | - | - | - |
| Other _____ | - | - | - | - | - | - | - | - |
| **TOTAL TAXES PAYABLE** | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| **OTHER LIABILITIES** | | | | | | | | |
| Post petition secured debt | - | - | - | - | - | - | - | - |
| Accrued interest payable | - | - | - | - | - | - | - | - |
| Other _____ | - | - | - | - | - | - | - | - |
| Other _____ | - | - | - | - | - | - | - | - |
| Other _____ | - | - | - | - | - | - | - | - |
| **TOTAL OTHER LIABILITIES** | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| **TOTAL POST PETITION DEBT** | - | - | - | - | - | - | - | - |

| Mississippi Minerals, Inc.<br>2:17-bk-72861<br>October 31, 2018<br>11/15/2017 | Summary of SIGNIFICANT ITEMS |
|---|---|

**1.** **INSURANCE COVERAGE**

| | Carrier or<br>Agent<br>Name | Amount<br>of<br>Coverage | Policy<br>Expiration<br>Date | Premium<br>Paid thru<br>Date |
|---|---|---|---|---|
| Workers' Compensation | | | | |
| General Liability | | | | |
| Excess Liability (Umbrella) | | | | |
| Automobile Liability | | | | |
| Automobile Collision | | | | |
| Errors & Omissions | | | | |
| Directors & Officers | | | | |
| Crime/Employee Theft | | | | |
| Other _____ | | | | |
| Other _____ | | | | |
| Other _____ | | | | |

**2.** **PAYMENTS to SECURED CREDITORS**

| Payee | Description | Current Month<br>Amount Paid | Total Paid<br>Post Petition |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Mississippi Minerals, Inc.<br>2:17-bk-72861<br>October 31, 2018<br>11/15/2017 | Summary of SIGNIFICANT ITEMS |
|---|---|

**3.  PAYMENTS to TAX ENTITIES (Current Month)**

|  | Date<br>Paid | Amount<br>Paid | Post<br>Petition Taxes<br>Unpaid |
|---|---|---|---|
| Federal Payroll Taxes* |  |  |  |
| Federal Payroll Taxes* |  |  |  |
| Federal Payroll Taxes* |  |  |  |
| Federal Payroll Taxes* |  |  |  |
| Federal Payroll Taxes* |  |  |  |
| FUTA |  |  |  |
| State Payroll Taxes withheld |  |  |  |
| SUTA |  |  |  |
| State Sales & Use Taxes |  |  |  |
| Property Taxes |  |  |  |
| Other |  |  |  |

*Includes employee Federal Income Taxes withheld, employee FICA taxes withheld, employee
Medicare taxes withheld, employer FICA match and employer Medicare match.

**4.  PAYMENTS of COMPENSATION (Current Month)**

| Name | Amount | Date of<br>Court Order |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

List all payments made ot owners of proprietorships; partners of partnerships; officers, directors and
shareholders of corporations

| Mississippi Minerals, Inc.<br>2:17-bk-72861<br>October 31, 2018<br>11/15/2017 | Summary of SIGNIFICANT ITEMS |
|---|---|

**5.  PAYMENTS to PROFESSIONALS (Current Month)**

| Name | Amount | Date of<br>Court Order |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**6.  RECORD of DISBURSEMENTS AND PAYMENTS of QUARTERLY FEES**

| Period<br>Ending | Total<br>Disbursements | Quarterly<br>Total | Quarterly<br>Fee | Date<br>Paid | Amount<br>Paid | Check<br>Number |
|---|---|---|---|---|---|---|
| January | - |  |  |  |  |  |
| February | - |  |  |  |  |  |
| March | - | - |  |  |  |  |
| April | - |  |  |  |  |  |
| May | - |  |  |  |  |  |
| June | - | - |  |  |  |  |
| July | - |  |  |  |  |  |
| August | - |  |  |  |  |  |
| September | - | - |  |  |  |  |
| October | - |  |  |  |  |  |
| November | - |  |  |  |  |  |
| December | - | - |  |  |  |  |

| Quarterly Disbursement Range | | Fee Due | Quarterly Disbursement Range | | Fee Due |
|---|---|---|---|---|---|
| $              - | $     14,999.99 | $     325 | $   1,000,000.00 | $   1,999,999.99 | $    6,500 |
| $     15,000.00 | $     74,999.99 | $     650 | $   2,000,000.00 | $   2,999,999.99 | $    9,750 |
| $     75,000.00 | $   149,999.99 | $     975 | $   3,000,000.00 | $   4,999,999.99 | $   10,400 |
| $   150,000.00 | $   224,999.99 | $   1,625 | $   5,000,000.00 | $ 14,999,999.99 | $   13,000 |
| $   225,000.00 | $   299,999.99 | $   1,950 | $ 15,000,000.00 | $ 29,999,999.99 | $   20,000 |
| $   300,000.00 | $   999,999.99 | $   4,875 | $ 30,000,000.00 | or more | $   30,000 |

**7.  REPORT OF OTHER SIGNIFICANT EVENTS**

Provide date(s) and brief narrative description for any significant management, legal, accounting or other financial events which occurred during the month that are not otherwise reported above.

_____

_____

_____

_____

_____

| Mississippi Minerals, Inc.<br><br>2:17-bk-72861<br><br>October 31, 2018<br>11/15/2017 | **Individual Debtor Statement of Household Activity** |
|---|---|

**Checkbook - Beginning Bal**                          $            -

Cash Receipts:
   Salary - husband          _____
   Salary - wife               _____
   Commissions              _____
   Business Draws          _____
   Rental Property Income  _____
   Pension/Retirement     _____
   Unemployment           _____
   Interest/Dividends       _____
   Other (describe)          _____

**Total Receipts**                                                      -

Cash Disbursements:
   Mortgage/Rent                            _____
   Auto *(loan payment)*                   _____
   Utilities *(water, gas, electric)*          _____
   Food                                           _____
   Clothing                                       _____
   Transportation *(gas, bus fare, insurance)* _____
   Repairs/Maintenance                   _____
   Medical/Dental *(insurance, out-of-pocket)* _____
   Taxes                                         _____
   Telephone/Internet/Cable             _____
   Tuition/Education                         _____
   Child Care                                    _____
   Charitable Contributions               _____
   Recreation                                    _____
   Domestic Ordered Payments          _____
   Union, Professional, Social Dues      _____
   Other (describe)                            _____

**Total Disbursements**                                     $            -

**Checkbook - Ending Balance\*\***                    $            -

Monthly change - cash inflow (outflow)\*        $            -

*\*Amount s/b entered into balance sheet equity section*

*\*\*Amount s/b entered into cash line on balance sheet assets section*

| Mississippi Minerals, Inc. | 2:17-bk-72861 | | October 31, 2018 | 11/15/2017 | |
|---|---|---|---|---|---|
| | | **Bank Reconciliation** | | | |

| **Bank Name** | | | **Account Name** | | |
|---|---|---|---|---|---|
| **Balance per Books - beginning of month** | | 1,172.49 | **Balance per Bank Stmt - end of month** | | 3,008.28 |
| Deposits | | | Deposit in Transit | 29,000.00 | |
| Transfers In | 29,000.00 | | | | |
| Add: Total Debits | | 29,000.00 | Total in Transit | | 29,000.00 |
| Checks | 29,082.00 | | Checks | 29,152.80 | |
| Bank Charges | 70.00 | | | | |
| Transfers Out | | | | | |
| Less: Total Credits | | (29,152.00) | Less: Total Outstanding | | (29,152.80) |
| **Balance per Books - end of month** | | 1,020.49 | **Balance per bank - reconciled** | | 2,855.48 |

**Checks Outstanding**

| Number | Amount |
|---|---|
| 1012 | 15.00 |
| elf | 94.98 |
| 399 | 766.79 |
| 1277 | 546.84 |
| | 789.83 |
| 2208 | 511.73 |
| 2745 | 171.35 |
| 2761 | 339.87 |
| ACH | 305.27 |
| | |
| | |

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $    3,541.66 |

| *Mississippi Minerals, Inc.* | *2:17-bk-72861* | | *October 31, 2018* | *11/15/2017* | |
|---|---|---|---|---|---|

## Bank Reconciliation

| **Bank Name** | | | **Account Name** | | |
|---|---|---|---|---|---|
| **Balance per Books - beginning of month** | | (38.99) | **Balance per Bank Stmt - end of month** | | (38.99) |
| Deposits | | | Deposit in Transit | | |
| Transfers In | | | | | |
| Add: Total Debits | | - | Total in Transit | | - |
| Checks | (117.80) | | Checks | | |
| Bank Charges | 216.00 | | | | |
| Transfers Out | | | | | |
| Less: Total Credits | | (98.20) | Less: Total Outstanding | | - |
| **Balance per Books - end of month** | | (137.19) | **Balance per bank - reconciled** | | (38.99) |

### Checks Outstanding

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $            - |

| Mississippi Minerals, Inc. | 2:17-bk-72861 | October 31, 2018 | 11/15/2017 |
|---|---|---|---|

## Bank Reconciliation

| Bank Name | | | Account Name | | |
|---|---|---|---|---|---|
| **Balance per Books - beginning of month** | | 294.57 | **Balance per Bank Stmt - end of month** | | 294.57 |
| Deposits | | | Deposit in Transit | | |
| Transfers In | | | | | |
| Add: Total Debits | | - | Total in Transit | | - |
| Checks | 27.89 | | Checks | 35.89 | |
| Bank Charges | 8.00 | | | | |
| Transfers Out | | | | | |
| Less: Total Credits | | (35.89) | Less: Total Outstanding | | (35.89) |
| **Balance per Books - end of month** | | 258.68 | **Balance per bank - reconciled** | | 258.68 |

**Checks Outstanding**

| Number | Amount | | Number | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | $          - |

| Mississippi Minerals, Inc. | 2:17-bk-72861 | | October 31, 2018 | 11/15/2017 |
|---|---|---|---|---|

## Bank Reconciliation

| Bank Name | | Account Name | |
|---|---|---|---|

| Balance per Books - **beginning of month** | - | Balance per Bank Stmt - **end of month** | - |
|---|---|---|---|
| Deposits | | Deposit in Transit | |
| Transfers In | | | |
| Add: Total Debits | - | Total in Transit | - |
| Checks | | Outstanding Checks | |
| Bank Charges | | | |
| Transfers Out | | | |
| Less: Total Credits | - | Less: Total Outstanding | - |
| **Balance per Books -** end of month | - | **Balance per bank -** reconciled | - |

### Checks Outstanding

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | - |

| Mississippi Minerals, Inc. | 2:17-bk-72861 | | October 31, 2018 | 11/15/2017 |
|---|---|---|---|---|

## Bank Reconciliation

| Bank Name | | Account Name | |
|---|---|---|---|

| Balance per Books - **beginning of month** | - | Balance per Bank Stmt - **end of month** | - |
|---|---|---|---|
| Deposits | | Deposit in Transit | |
| Transfers In | | | |
| Add: Total Debits | - | Total in Transit | - |
| Checks | | Outstanding Checks | |
| Bank Charges | | | |
| Transfers Out | | | |
| Less: Total Credits | - | Less: Total Outstanding | - |
| **Balance per Books - end of month** | - | **Balance per bank - reconciled** | - |

### Checks Outstanding

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | - |

| Mississippi Minerals, Inc. | 2:17-bk-72861 | | October 31, 2018 | 11/15/2017 |
|---|---|---|---|---|

## Bank Reconciliation

| Bank Name | | Account Name | |
|---|---|---|---|

| Balance per Books - **beginning of month** | | - | Balance per Bank Stmt - **end of month** | | - |
|---|---|---|---|---|---|
| Deposits | _____ | | Deposit in Transit | _____ | |
| Transfers In | _____ | | | | |
| Add: Total Debits | | - | Total in Transit | | - |
| Checks | _____ | | Outstanding Checks | _____ | |
| Bank Charges | _____ | | | | |
| Transfers Out | _____ | | | | |
| Less: Total Credits | | - | Less: Total Outstanding | | - |
| Balance per Books - **end of month** | | - | Balance per bank - **reconciled** | | - |

**Checks Outstanding**

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | - |

*Mississippi Minerals, Inc.*
*2:17-bk-72861*
*October 31, 2018*
*11/15/2017*

## Schedule of Edits

| Statement | Edit Description | FILING DATE [CASE FILE DATE] | MONTH ENDING 10/31/18 | MONTH ENDING [MONTH2] | MONTH ENDING [MONTH3] | MONTH ENDING [MONTH4] | MONTH ENDING [MONTH5] | MONTH ENDING [MONTH6] | MONTH ENDING [MONTH7] |
|---|---|---|---|---|---|---|---|---|---|
| B/S | assets = liab + equity | TRUE | FALSE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE |
| B/S | AR = Sch A | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE |
| B/S | F/A - Sch B | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE |
| B/S | Post Petition Debt = Sch C | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE |
| B/S | Retained Earnings rollfwd | | FALSE | FALSE | TRUE | TRUE | TRUE | TRUE | TRUE |
| B/S | B/S cash bal = CFS cash bal* | TRUE | FALSE | TRUE | TRUE | TRUE | TRUE | TRUE | |
| B/S | B/S cash bal = CFS cash bal** | | | FALSE | TRUE | TRUE | TRUE | TRUE | |
| CFS | net income = income stmt | | FALSE | TRUE | TRUE | TRUE | TRUE | TRUE | |

*current month
**prior month