Form nhrg

# UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re:    Mississippi Minerals, Inc.
          Debtor

Case No.: 2:17−bk−72861
Chapter: 11
Judge: Phyllis M. Jones

PLEASE TAKE NOTICE that a Hearing has been continued before Judge Phyllis M. Jones at

U.S. Bankruptcy Court, 300 W. 2nd Street, Little Rock, AR 72201

on 3/12/19 at 09:30 AM

to consider and act upon the following:

*75* – Motion to Dismiss or Convert Case Filed by U.S. Trustee (Sherman, Shari)

*89* – Motion to Confirm Termination or Absence of Stay pursuant to 11 U.S.C 362(B)(4) or in the alternative motion to dismiss Filed by Basil V Hicks on behalf of Arkansas Department of Environmental Quality (Hicks, Basil)

Attorneys are directed to contact the Courtroom Deputy as soon as possible prior to hearing if this matter will require more than 15 minutes to be heard.

HEARINGS INVOLVING A REQUEST TO MODIFY THE STAY:
For compelling reasons, the Court hereby orders that the automatic stay shall remain in effect pending the outcome of the above−scheduled hearing, in accordance with 11 U.S.C. §362(e).

If you will be presenting evidence, the courtrooms are equipped with evidence presentation equipment. This equipment supports the viewing evidence via document camera. Please contact the Courtroom Deputy, at 501−918−5642, if you would like to schedule a short training session before court.

If you will be introducing exhibits, please bring a copy for the staff attorney.

PLEASE NOTE THAT CELL PHONES WITH A CAMERA ARE NOT PERMITTED IN THE COURTHOUSE WITHOUT A COURTHOUSE TECHNOLOGY PERMIT.

Dated: 1/29/19

Jean Rolfs, Clerk
By:
Lisa McDaniel
Deputy Clerk