**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

IN RE:     **MISSISSIPPI MINERALS, INC., et al.,[1]**     **CASE NO.:2:17-bk-72861**
     **DEBTORS-IN-POSSESSION**     **CHAPTER 11**

**JOINTLY ADMINISTERED**

**MOTION TO CONVERT CASES TO CHAPTER 7 AND**
**NOTICE OF OPPORTUNITY TO RESPOND/OBJECT**

Comes now debtors-in-possession Mississippi Minerals, Inc., et al. ("Debtors"), and hereby moves the Court for entry of an order converting their cases from cases under Chapter 11 to Chapter 7. In support of this motion, Debtors respectfully state as follows:

1.    This Court has jurisdiction over the subject matter hereof and the parties hereto pursuant to 28 U.S.C. §§ 1334 and 157(b). This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    On November 15, 2017, Debtors filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code.

3.    Pursuant to 11 U.S.C. §§ 1107(a) and 1108, Debtors continue in possession of their assets as debtors-in-possession.

4.    Debtors hereby move for conversion of their cases to cases under Chapter 7 as a matter of right pursuant to 11 U.S.C. §1112(a).

5.    In addition to the service provided for in the Certificate of Service contained herein, undersigned counsel for Debtors shall provide a copy of this Motion to all other creditors and

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Mississippi Minerals, Inc. (7124); Sebastian Leasing, LLC (2809); Sebastian Management, LLC (8162); and Sebastian Mining, LLC (2436). The Debtors' business address is Sebastian County Mine, 1100 South Pine Street, Hartford, Arkansas 72938.

parties in interest by regular, first class mail on January 30, 2020 and file a supplemental certificate of service evidencing such service.

<u>**NOTICE OF OPPORTUNITY TO RESPOND/OBJECT**</u>

**ANY RESPONSES/OBJECTIONS TO THE MOTION MUST BE MADE IN WRITING AND FILED WITH THE UNITED STATES BANKRUPTCY COURT, 35 E. MOUNTAIN STREET, ROOM 316, FAYETTEVILLE, ARKANSAS 72701 ON OR BEFORE FEBRUARY 20, 2020, WITH A COPY MAILED TO GEOFFREY B. TREECE, QUATTLEBAUM, GROOMS AND TULL, PLLC, 111 CENTER STREET, SUITE 1900, LITTLE ROCK, ARKANSAS 72201.  IF NO OBJECTIONS ARE FILED, THE COURT MAY ENTER AN ORDER ALLOWING AND ORDERING THE FEES AND EXPENSES PAID AS REQUESTED.  IF RESPONSES/OBJECTIONS ARE FILED, A HEARING WILL BE SET BY THE BANKRUPTCY COURT BY SUBSEQUENT NOTICE.**

WHEREFORE, Mississippi Minerals, Inc., et al., respectfully request that the Court enter an order converting their cases from cases under Chapter 11 to Chapter 7 and granting all other just and proper relief to which they are entitled.

QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
Telephone:    (501) 379-1700
Facsimile:    (501) 379-1701
Email:  gtreece@qgtlaw.com

By: /s/ Geoffrey B. Treece
    Geoffrey B. Treece (84146)

*Attorneys for Debtors-in Possession*

<u>**CERTIFICATE OF SERVICE**</u>

I do hereby certify that a true and correct copy of the foregoing document was served on the United States Trustee and all parties requesting notice *via* CM/ECF electronic notification this 29th day of January, 2020.

/s/ Geoffrey B. Treece