IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

IN RE:   MISSISSIPPI MINERALS, INC.,                              CASE NO. 2:17-bk-72861-J
         Debtor-in-Possession                                                        Chapter 11

## *EX PARTE* ORDER OF DISMISSAL

Comes now before the Court the Motion for *Ex Parte* Order of Dismissal of this case filed by the Arkansas Department of Energy and Environment, Division of Environmental Quality. After consideration of the pertinent pleadings filed therein, the Court finds that the case should be dismissed. It is, therefore

**ORDERED**, that this case be, and is hereby dismissed.

**IT IS SO ORDERED.**

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 02/24/2020

Submitted by:
Basil V. Hicks III, Bar No. 2015117
Attorney for
Arkansas Department of Energy and
Environment, Division of Environmental
Quality
5301 Northshore Drive
North Little Rock, AR 72118
Telephone: (501) 682-0884
Email: hicks@adeq.state.ar.us

cc:   United States Trustee
      Mississippi Minerals, Inc., P.O. Box 339, Hartford, AR 72938
      Basil V. Hicks III, hicks@adeq.state.ar.us
      Geoffrey B. Treece, gtreece@qgtlaw.com
      All parties on matrix

EOD: February 24, 2020